UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HESTER JORDAN BURKHALTER,
ARTHUR BURKHALTER, BRANDY
DANIELLE BURKHALTER, AIRAH
GRACE BURKHALTER and
GABRIELLE IAN BURKHALTER,**

   **Plaintiffs,**

v.               Case No:  6:20-cv-1596-Orl-41LRH

**THE WALT DISNEY COMPANY,
DISNEY PARKS AND EXPERIENCES
WORLDWIDE, INC., ROBERT IGER,
WALTER CHAPEK, GEORGE
KALOGRIDIS, THE REEDY CREEK
IMPORVEMENT DISTRICT ("RCID"),
WAYNE SCHOOLFIELD, JANE
ADAMS, LAURENCE C. HAMES,
MAXIMIANO BRITO, DONALD R.
GREER, KELLY JOE MISTELSKE,
THE SHERIFF'S DEPARTMENT OF
ORANGE COUNTY FLORIDA, JOHN
W. MINA, WILLIAM VAN DER
WATER, ORLANDO POLICE
DEPARTMENT and CARLOS
TORRES,**

   **Defendants.**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

   IS NOT       related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: September 17, 2020

*/s/ Maureen B. Soles*
Counsel of Record or *Pro Se* Party
**JERRY R. LINSCOTT**
Florida Bar No. 148009
Primary E-mail:  jlinscott@bakerlaw.com
Secondary E-mail: pkenaley@bakerlaw.com
**MAUREEN B. SOLES**
Florida Bar No. 1003803
Primary E-mail:  msoles@bakerlaw.com
Secondary E-Mail: smccoy@bakerlaw.com
    orlbakerdocket@bakerlaw.com
**YAMEEL L. MERCADO ROBLES**
Florida Bar No. 1003897
Primary E-mail:  ymercadorobles@bakerlaw.com
Secondary E-Mail: emachin@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Avenue
SunTrust Center, Suite 2300
Orlando, Florida 32801
Telephone (407) 649-4000
Facsimile (407) 841-0168

*Attorneys for Defendant, George Kalogridis*