UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BURKHALTER et al,**

   **Plaintiffs,**

**v.**              **Case No:  6:20-cv-1596-Orl-41LRH**

**THE WALT DISNEY COMPANY et al,**

   **Defendants.**
_____/

## ORDER

   THIS CAUSE is before the Court upon *sua sponte* review of the file. Plaintiffs were required to file their Notice of Pendency of Other Actions and Certificate of Interested Persons on or before September 17, 2020, (Related Case Order, Doc. 4, at 1; Interested Persons Order, Doc. 5, at 1), and have failed to do so. Plaintiffs were also warned that failure to comply with any Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action without further notice. (Notice to Counsel and Parties, Doc. 6).[1] Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this file.

   **DONE** and **ORDERED** in Orlando, Florida on October 21, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

---

[1] Counsel similarly failed to comply with a Court Order in Case No. 6:20-cv-1084-Orl-41LHR.

Copies furnished to:

Counsel of Record